# UNITED STATES DISTRICT COURT
### for the
Middle District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> Angel David Martinez <br><br> *Defendant(s)* | ) <br> ) <br> ) Case No. 1:25mJ316 <br> ) <br> ) <br> ) <br> ) |

FILED IN THIS OFFICE
AUG 1 2 2025
Clerk U.S. District Court
Greensboro, NC
BY_____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2024 to the present__ in the county of __Cabarrus, Guilford, Rowan__ in the __Middle__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Dealing in Firearms Without a License |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Criminal Complaint and attached affidavit in accordance with the requirements of Fed. R. Crim. P. 4.1.

/s/ Erik Walker
*Complainant's signature*

Erik Walker, Special Agent, ATF
*Printed name and title*

Date: 8/12/2025

City and state: Winston-Salem, North Carolina

*Judge's signature*

Hon. Joi Elizabeth Peake, U.S. Magistrate Judge
*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## AFFIDAVIT IN SUPPORT OF AN
## ARREST WARRANT AND CRIMINAL COMPLAINT

I, Erik Walker, being duly sworn on oath, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been since December of 2014. My duties as a Special Agent include the investigation of criminal violations of federal firearms and narcotics laws. I have been involved in investigations related to prohibited persons possessing firearms, persons illegally trafficking firearms, and persons distributing controlled substances. I have been involved in the execution of search warrants and arrests resulting from prohibited persons possessing firearms, persons illegally trafficking firearms, and persons distributing controlled substances and concealing drug-related assets.

2. The facts set forth in this affidavit are the products of my investigation, as well as the investigation of other law enforcement officers. The information in this affidavit is provided for the limited purpose of establishing probable cause. The information is not a complete statement of all the facts related to this case.

3. Based on my training and experience and the facts set forth in this Affidavit, there is probable cause to believe that from in or about May 2024 through the date of this Affidavit, in the Middle District of North Carolina, Angel David MARTINEZ, date of birth 5/18/2002, violated 18 U.S.C. § 922(a)(1)(A), dealing in firearms without a license.

## JURISDICTION

4. This court has jurisdiction to issue the requested arrest warrant based on a criminal complaint, pursuant to Rule 4(a) of the Federal Rules of Criminal Procedure.

## RELEVANT STATUTE

5. As is relevant here, 18 U.S.C. § 922(a)(1)(A) makes it unlawful for any person, except for a licensed dealer, to engage in the business of dealing in firearms.

## PROBABLE CAUSE

6. In December of 2024, I received information related to a suspected straw purchaser and firearms trafficker, identified as Angel David MARTINEZ, a resident of Concord, North Carolina at all relevant times. Information obtained indicated MARTINEZ had purchased approximately sixty-three firearms since May of 2024. During that same period, MARTINEZ conducted approximately seventeen multiple sales, sales in which he purchased two or more firearms within a five-business-day period from the same Federal Firearms Licensee ("FFL"). A review of the FFLs' Multiple Sales Summary reports showed repetitive purchases of the same make, model, and caliber firearms from multiple licensed firearms dealers in Cabarrus, Guilford, Rowan, Mecklenburg, and Iredell counties. In addition, during that same period, law enforcement recovered four of the firearms MARTINEZ had purchased shortly after he had purchased them. The time to crime for those firearms was eighteen days, twenty-one days, twenty-nine days, and seventy days.

7. I entered MARTINEZ's name into the National Instant Criminal Background Check System ("NICS") so that I would receive notice when Martinez purchased firearms.

8. Through further investigation, I learned that MARTINEZ was continuing to purchase numerous firearms. And, in December 2024 and January 2025, law enforcement, this

time in Kannapolis, Concord, and Mint Hill, North Carolina, continued to recover firearms that MARTINEZ had purchased.

9. On January 14, 2025, an Under Cover ("UC") Deputy with the Cabarrus County Sheriff's Office ("CCSO") established communication with MARTINEZ via text message to discuss purchasing a firearm. MARTINEZ agreed to sell the UC a Taurus pistol at a later date.

10. On January 22, 2025, investigators utilized the UC to purchase the Taurus pistol from MARTINEZ. Prior to the purchase, the UC and MARTINEZ communicated via cellular telephone, and, during the conversation, MARTINEZ asked the UC who gave him his phone number. After the UC responded, MARTINEZ said he was asking because he tells his customers "If you bring me three new customers, you get a gun for free." At approximately 5:30 PM, MARTINEZ met the UC at the QT Convenience Store on South Warren C. Boulevard in Concord and sold the UC a Taurus, model G3C, 9mm pistol, serial number ACJ304243 for $500.00. An audio/visual recording device captured the sale of the firearm. During the debrief with law enforcement after the controlled buy, the UC said MARTINEZ told the UC that if the UC purchased two more firearms, the UC would get a gun for free.

11. Following the controlled purchase, I determined that the Taurus 9mm MARTINEZ sold the UC was previously purchased by MARTINEZ on December 7, 2024, from Eagle Guns in Concord for $213.98.

12. On February 6, 2025, investigators utilized the UC to purchase another firearm from MARTINEZ. The UC previously communicated with MARTINEZ and agreed to purchase an AR-15-style pistol for $800.00. MARTINEZ texted the UC pictures of an AR-15-style pistol, which investigators were able to identify as an American Tactical, Alpha Maxx, AR pistol, serial

number NX025904. Investigation revealed MARTINEZ purchased the firearm on January 30, 2025, from M&T Pawn in Lexington, North Carolina, for $499.95 plus tax.

13. At approximately 11:30 AM on February 6, MARTINEZ arrived at the QT Convenience Store on South Warren C. Coleman Boulevard in Concord and met with the UC. After a brief conversation in Spanish, MARTINEZ retrieved a long box from his vehicle and placed it inside the UC's vehicle. The UC provided MARTINEZ with $800.00 for what the UC believed was the agreed upon firearm before MARTINEZ quickly departed. The UC opened the box and discovered that MARTINEZ sold the UC a BB gun rifle. The UC attempted to contact MARTINEZ multiple times with negative results. Surveillance was maintained and MARTINEZ was observed returning to his residence at 291 Sunderland Road in Concord, where surveillance was discontinued.

14. That afternoon, law enforcement attempted to contact MARTINEZ at his residence regarding the fraudulent transaction. With assistance from a family member, law enforcement reached MARTINEZ via telephone, and he agreed to meet the deputies at 243 Cabarrus Avenue East in Concord. Officers arrived at the agreed upon location and met with MARTINEZ. They questioned MARTINEZ about the firearm transaction, and he said that he told the purchaser it was a "fake gun," but the purchaser insisted on paying $800.00. When questioned about charging such a high price for a BB gun, MARTINEZ stated, "it's business." MARTINEZ said he was willing to return the money to the purchaser, but he only had $600.00 of the $800.00 he received. MARTINEZ voluntarily agreed to go to the Cabarrus County Sheriff's Office to discuss the matter further.

15. That afternoon, a CCSO Detective and I interviewed MARTINEZ at the CCSO about the firearm transaction. This interview was recorded. MARTINEZ stated on numerous

occasions that he was behind on bills and was buying firearms to sell for profit. MARTINEZ said he knew he was selling the purchaser a BB gun and that his intention was to defraud the purchaser of $800.00. MARTINEZ retrieved the remaining $600.00 from his pocket and voluntarily relinquished possession to the Detective. The Detective gained consent from MARTINEZ to look through his phone in his presence. The Detective noticed what appeared to be several firearm transactions, and MARTINEZ admitted they were. The Detective told MARTINEZ that his phone would be seized for further examination. MARTINEZ admitted that customers would ask for specific guns and he would fulfill the order. MARTINEZ further added that he does not conduct background checks on the paying customers.

16. MARTINEZ said the last firearm he purchased was an AR pistol from a gun store in Lexington on Tuesday (January 28, 2025) or Wednesday (January 29, 2025). MARTINEZ said he sold that firearm on Saturday (February 1, 2025). MARTINEZ was asked about the two Beretta pistols he purchased on Friday (January 31, 2025) from Blackstone Shooting Sports in Charlotte, North Carolina. MARTINEZ admitted purchasing those pistols and said he also sold those on Saturday (February 1, 2025) and profited $100.00.

17. MARTINEZ said he had bought approximately thirty guns in the last six months and between thirty and sixty guns in his lifetime.

18. MARTINEZ was asked if Academy Sports and Outdoors had denied any of his firearm purchases, and MARTINEZ replied, no. MARTINEZ later admitted that the store told him that he could no longer purchase firearms from Academy Sports and Outdoors until he obtained his Federal Firearms License.

19. Patrol officers told the Detective that MARTINEZ may have another cellular telephone in his pants pocket. When asked, MARTINEZ hesitated but answered, yes, and the Detective seized that phone as well for further examination.

20. Before the interview concluded, I explained to MARTINEZ that his description of buying and selling firearms was dealing without a license, a federal crime. MARTINEZ read and signed ATF Warning Notices for Straw Purchasing and Unlicensed Firearm Dealing in Violation of Federal Law. He admitted that he knew what he was doing was wrong.

21. On February 15, 2025, ATF Agents responded to Centro American Express Shipping located at 8000 Arrowridge Boulevard in Charlotte for a report of a suspected package containing firearms. The package was addressed to Morazan, Yoro, Honduras. Agents seized ten firearms, five of which were traced to the original purchaser, MARTINEZ. MARTINEZ bought those firearms – as noted in paragraph 29 – approximately two weeks earlier.

22. On March 5, 2025, approximately one month after interviewing MARTINEZ, I received notification from the Firearms Recovery Notification Program that a firearm previously purchased by MARTINEZ had been recovered on March 1, 2025, in Honduras. The firearm was an American Tactical Imports, model Omni Hybrid, 5.56 caliber pistol, serial number NS418314, purchased on December 23, 2024 from Watchdog Tactical in Charlotte.

23. During further investigative review of MARTINEZ'S cellular telephones, investigators observed text messages between numerous contacts containing pictures of firearms and discussing sales prices. Investigators were able to identify some of the serial numbers of the firearms that were in the pictures on MARTINEZ'S phones, and FFL records show that MARTINEZ purchased those firearms.

24. I observed an instant message thread in January 2025 between MARTINEZ and a contact identified as "El Pantera Shooter." On January 27, the message contained a conversation about an AR-style firearm in which "El Pantera Shooter" says "Bamos por los R-15," which translates to "Let's get the R-15." [Agent note: R-15 is likely short for AR-15]. On January 28, MARTINEZ provided "El Pantera Shooter" the address for Mount Pleasant Sporting Goods and Pawn and the two further discussed the price of the firearm. [Agent note: On January 28, 2025, MARTINEZ purchased an American Tactical, model Omni, 5.56 caliber pistol and a BCA-15, 5.56 caliber pistol from Mount Pleasant Sporting Goods and Pawn]. Additional addresses were provided, which appear to be possible meet locations following the purchase.

25. Approximately one month after MARTINEZ's interview, the NICS flag on MARTINEZ lapsed for approximately one or two months.

26. On July 26, 2025, I received notification that MARTINEZ purchased a firearm from Guardian Armory located at 1600-F Matthews-Mint Hill Road in Matthews, North Carolina. The firearm was a North American Arms, model mini-Revolver, .22M caliber pistol, serial number PT21195.

27. On July 30, 2025, I received notification that MARTINEZ attempted to purchase a firearm from Bull Moose Guns located at 7708 Matthews-Mint Hill Road in Matthews. The firearm is a Cobra, model FS380, .380 caliber pistol, serial number FS083368. During the background check, the gun store received a "delay," which indicates the firearm cannot be transferred until a "proceed" is received. Later that day, a "proceed" was received. MARTINEZ picked up the firearm on August 5.

28. On August 8, 2025, MARTINEZ purchased an American Tactical, model AlphaMaxx, 5.56 caliber pistol, serial number NX045458 from Hal's Gun & Pawn Shop in Concord. I am in the process of obtaining supporting evidence of this purchase.

29. On August 9, 2025, MARTINEZ returned to Hal's Gun & Pawn Shop and purchased an American Tactical, model Omni, 5.56 caliber pistol, serial number NS274415. During the background check, the gun store received a "delay." The FFL received a "proceed" shortly after MARTINEZ left the store. MARTINEZ has yet to complete the transaction and receive the firearm. I am in the process of obtaining supporting evidence of this purchase.

30. On August 11, 2025, I received notification that MARTINEZ was attempting to purchase a firearm at City Pawn Shop in Concord. Upon my instruction, the FFL informed MARTINEZ that his purchase has been "delayed."

31. From May 22, 2024, to the present, MARTINEZ has purchased approximately ninety firearms from FFLs in Cabarrus, Guilford, Rowan, Mecklenburg, and Iredell counties.

32. The following chart shows law enforcement's recovery of firearms that MARTINEZ has purchased.

| Manufacturer | Caliber | Serial Number | Purchase Date | Recovered Date |
|---|---|---|---|---|
| Glock | 10 | AKHS764GA | 5/22/24 | 6/20/24 |
| Glock | 10 | AKHS838GA | 5/24/24 | 6/20/25 |
| Anderson Manufacturing | 7.62 | 24024182 | 7/12/24 | 4/3/25 |
| Glock | 9 | CCAB047 | 7/13/24 | 12/28/24 |
| Taurus | 9 | AEG539960 | 8/2/24 | 8/23/24 |
| Taurus | 9 | AGD195248 | 8/13/24 | 4/4/25 |
| Glock | 9 | AFCE929 | 8/17/24 | 10/3/24 |
| Taurus | 40 | AGD196058 | 8/31/24 | 11/9/24 |
| SCCY Industries | 9 | C509869 | 8/31/24 | 1/8/25 |
| Ruger | 9 | 463-22498 | 9/1/24 | 10/3/24 |
| HS Products | 9 | BF351109 | 10/3/24 | 10/3/24 |
| Taurus | 9 | AEC244075 | 10/7/24 | 1/4/25 |
| Smith & Wesson | 9 | EHJ6334 | 10/16/24 | 11/3/24 |

| Taurus | 9 | ACJ304243 | 12/7/24 | 1/22/25 |
| --- | --- | --- | --- | --- |
| AM Tactical | 5.56 | NS418314 | 12/23/24 | 3/1/25 in Honduras |
| BCA | 5.56 | A117523 | 1/28/25 | 2/15/25 on its way to Honduras |
| Phoenix Arms | .22 | 4357000 | 1/29/25 | 2/15/25 on its way to Honduras |
| American Tactical | 5.56 | NX025904 | 1/30/25 | 2/15/25 on its way to Honduras |
| Beretta 9 | 9 | 92X0089676 | 1/31/25 | 2/15/25 on its way to Honduras |
| Beretta | 9 | BER857502 | 1/31/25 | 2/15/25 on its way to Honduras |

33. Based on the foregoing, I request that the Court issue the proposed arrested warrant based on this criminal complaint.

Respectfully submitted,
**/s/ Erik Walker**
Erik Walker
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this __12__ day of August, 2025, at __9:35 am__.

Joi Elizabeth Peake
United States Magistrate Judge