# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA     :
:
v.     :     1:25CR303-1
:
ANGEL DAVID MARTINEZ     :

The Grand Jury charges:

From in or about May 2024, continuing up to and including in or about August 2025, the exact dates to the Grand Jurors unknown, in the Counties of Cabarrus, Rowan, Guilford, and Davidson, in the Middle District of North Carolina, and elsewhere, ANGEL DAVID MARTINEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

DATED: August 25, 2025

CLIFTON T. BARRETT
United States Attorney

*Laura G. Dildine*

BY: LAURA J. DILDINE
Assistant United States Attorney

A TRUE BILL:

████████████

FOREPERSON