IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR303-1 |
| | : | |
| ANGEL DAVID MARTINEZ | : | |

AMENDED FACTUAL BASIS FOR A GUILTY PLEA[1]

NOW COMES the United States of America, by and through Dan Bishop, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

In December 2024, a special agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") received information that Angel David Martinez of Concord, North Carolina had conducted approximately seventeen "multiple sales" in which a Federal Firearms Licensee ("FFL") sold Martinez two or more firearms within a five-business-day period, dating back to May 24, 2024. In addition, law enforcement had traced and recovered four of those firearms shortly after Martinez had purchased them.

---

[1] With the exception of the filing date and the name of the United States Attorney, this Amended Factual Basis for a Guilty Plea differs from the previously filed Factual Basis for a Guilty Plea in one respect only – the addition of the final paragraph.

In January 2025, ATF and Cabarrus County Sheriff's Office ("CCSO") organized a control buy of a firearm from Martinez. On January 14, an undercover deputy ("UC") called Martinez and said that a friend told him that Martinez sold firearms. Martinez confirmed that he did, and the UC said he was interested in buying a 9mm handgun. The two communicated again the next day. Martinez told the UC he would sell him the 9mm handgun with two magazines for $450. He also had a 45-caliber handgun with two magazines for sale. Martinez sent the UC a photograph of a black Hi-Point handgun and a black Taurus G2C handgun. The UC responded that he wanted to buy the Taurus G2C 9mm handgun. Martinez then sent the UC a photograph of a black and silver Smith and Wesson handgun, said it was a 9mm, and offered it for sale for $500. Martinez sent the UC additional photographs of handguns and AR-15-style rifles and pistols, as well.

On January 22, the two agreed to meet at the QT Convenience Store on South Warren C. Coleman Boulevard in Concord where Martinez was going to sell the UC the Taurus G2C 9mm handgun. While they were setting up the meeting, Martinez told the UC that he tells his customers, "If you bring me two new clients, I will give you a gun of your choice." At approximately 5:30 p.m., Martinez arrived at the store, backed in beside the UC, and moved to the

passenger side of the UC's car.[2]  Martinez proceeded to sell the UC a Taurus, model G3C, 9mm pistol which included eight rounds of ammunition.[3]  Martinez told the UC to let him know if the firearm was defective because it came with a guarantee.  Martinez also told the UC that if the UC bought two or more guns, he would receive a gun for free.

The UC and Martinez continued communicating after that transaction. They discussed the purchase of AR-15-style pistols and a Hellcat handgun and their respective prices.  Specifically, Martinez told the UC that a Hellcat was for sale at a store in Charlotte for $750 which he would sell to the UC for $950. He also offered to sell a used Hellcat for $800.  Martinez explained to the UC that he could buy the used Hellcat at the store which would register the firearm in Martinez's name when he bought it.

On February 4, the UC asked Martinez if he had the AR-15 ready for sale.  Martinez did and said he would throw in a box of ammunition.  He also sent the UC a photograph of the AR-15 to remind him what it looked like.[4]

---

[2] An audio/visual recording device captured this transaction.  The conversation was in Spanish and translated into English for the investigation reports.
[3] ATF determined that Martinez had purchased the firearm on December 7, 2024 from an FFL in Concord.
[4] ATF determined from the photograph that Martinez had purchased the firearm on January 30, 2025 from an FFL in Lexington, North Carolina.

They met at the same QT Convenience Store as their first transaction.[5]  Once Martinez was inside the UC's car, he counted the $800 in cash.  Before Martinez retrieved the box with the firearm from his car, the UC asked him about the Hellcat handgun.  Martinez said he had found one for sale for $500; the UC would pay Martinez an extra $150.  Martinez then took a long box from his car and placed it inside the UC's.  After Martinez left, the UC opened the box and discovered it was a BB gun rifle.  Despite multiple attempts to contact Martinez, the UC was unsuccessful.

Law enforcement located Martinez, and he agreed to go to the CCSO to discuss the sale of the BB gun and obtaining property by false pretenses.  During the recorded interview, Martinez spoke with a CCSO detective and a special agent with the ATF.  He stated repeatedly that he was behind on bills and bought firearms to sell for profit.  He admitted that he intended to defraud the buyer when he sold him the BB gun rifle, and Martinez gave the detective $600 of the $800 from that sale.

Martinez consented to the detective's looking through his phone in his presence.  After the detective saw evidence of what appeared to be firearms

---

[5] An audio/visual recording device captured this transaction.  The conversation was in Spanish and translated into English for the investigation reports.

transactions, which Martinez admitted, the detective seized the phone for further examination.

During the interview, Martinez also admitted that customers would ask for specific guns which he would find to sell to them. He did not conduct background checks on any of his customers. In addition, he admitted that he bought two Beretta pistols on January 31 from an FFL in Charlotte and sold them on February 1 for a $100 profit. When confronted with the Form 4473 he completed to purchase the two Beretta pistols, Martinez verified his signature, acknowledged completing the form, and admitted that he bought the guns knowing he was going to sell them for a profit.

He said that, in the last six months, he bought approximately thirty guns and sold them (or turned them over to people to whom he owed money). He estimated that, in his lifetime, he had purchased between thirty and sixty firearms from FFLs. He stored his firearms at a friend's house and, at one time, had fifty firearms stored there.

A search of Martinez's phone contents revealed communications with contacts in which they discussed firearms that Martinez would then often purchase the same or next day from FFLs.

From May 22, 2024 through January 31, 2025, FFLs filed twenty multiple sale reports for Martinez's purchases. During that period, Martinez

5

purchased approximately ninety firearms from FFLs in Guilford, Cabarrus, Rowan, Davidson, Iredell, and Mecklenburg counties.  Of those firearms, law enforcement recovered the following:

| Manufacturer | Caliber | Serial Number | Purchase Date | Recovered Date |
|---|---|---|---|---|
| Glock | 10 | AKHS764GA | 5/22/24 | 6/20/24 |
| Glock | 10 | AKHS838GA | 5/24/24 | 6/20/25 |
| Anderson Manufacturing | 7.62 | 24024182 | 7/12/24 | 4/3/25 |
| Glock | 9 | CCAB047 | 7/13/24 | 12/28/24 |
| Taurus | 9 | AEG539960 | 8/2/24 | 8/23/24 |
| Taurus | 9 | AGD195248 | 8/13/24 | 4/4/25 |
| Glock | 9 | AFCE929 | 8/17/24 | 10/3/24 |
| Taurus | 40 | AGD196058 | 8/31/24 | 11/9/24 |
| SCCY Industries | 9 | C509869 | 8/31/24 | 1/8/25 |
| Ruger | 9 | 463-22498 | 9/1/24 | 10/3/24 |
| HS Products | 9 | BF351109 | 10/3/24 | 10/3/24 |
| Taurus | 9 | AEC244075 | 10/7/24 | 1/4/25 |
| Smith & Wesson | 9 | EHJ6334 | 10/16/24 | 11/3/24 |
| Taurus | 9 | ACJ304243 | 12/7/24 | 1/22/25 |
| AM Tactical | 5.56 | NS418314 | 12/23/24 | 3/1/25 |
| BCA | 5.56 | A117523 | 1/28/25 | 2/15/25 |
| Phoenix Arms | .22 | 4357000 | 1/29/25 | 2/15/25 |
| American Tactical | 5.56 | NX025904 | 1/30/25 | 2/15/25 |
| Beretta | 9 | 92X0089676 | 1/31/25 | 2/15/25 |
| Beretta | 9 | BER857502 | 1/31/25 | 2/15/25 |

At all relevant times, although Martinez was engaged in the business of selling firearms, he did not have the requisite federal license to do so.  He admitted as much on February 6, 2025 when, in the presence of an ATF agent,

Martinez read and signed an acknowledgment of receipt of a Warning Notice of Unlicensed Firearms Dealing in Violation of Federal Law. The Notice warned Martinez to cease and desist engaging in the business of dealing in firearms until he obtained a federal firearms license.

This the 25th day of November, 2025.

Respectfully submitted,

DAN BISHOP
United States Attorney

/S/ LAURA J. DILDINE
Laura J. Dildine
Assistant United States Attorney
NCSB #41205
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone: 336/333-5351

7

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Eric D. Placke, Esq.

Respectfully submitted,

DAN BISHOP
United States Attorney


/S/ LAURA J. DILDINE
Laura J. Dildine
Assistant United States Attorney
NCSB #41205
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone: 336/333-5351